No. 3419.—S. Ramírez & Co., Aplda., *v.* Cruz & Cía., Aplte.—C. D. Ponce. Nov. 24, 1924. Cobro de dinero. Apareciendo de la moción de la apelada y de la certificación acompañada a la misma que la sentencia recurrida se dictó de acuerdo con lo estipulado por ambas partes al llamarse el pleito para la vista, o sea, con el consentimiento de la propia

parte apelante; examinada la jurisprudencia sobre la materia que se resume en 3 C.J. 671, así: "Es una regla bien establecida, declarada en algunos Estados por mandato expreso del estatuto, que una parte no puede quejarse de una sentencia, orden decreto o decisión dictada mediante estipulación o de otro modo, con su consentimiento expreso o tácito, o apelar o interponer recurso de error para su revisión, aun cuando se haya tratado de reservar el derecho de apelación; y esta regla generalmente es aplicable cuando una sentencia, orden o decreto ha sido dictado por virtud de la moción, ofrecimiento u admisión del apelante o a su solicitud;" *se declara con lugar la moción y se desestima el recurso.*